

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess  Logoff ASCIARRATTA13

**2131-CC00033 - LINSEY SAUERBREI V REGIS CORPORATION (E-CASE)**

Case File Viewer | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**01/26/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-65; Served To - REGIS CORPORATION; Server - SO ST LOUIS COUNTY-CLAYTON; Served Date - 22-JAN-21; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - by leaving a copy with B Love Intake Specialist

☐ **Notice of Service**

**01/11/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-65, for REGIS CORPORATION. Summons saved and attached in PDF format for Attorney to retrieve from secure case.net./JJ

**01/08/2021** ☐ **Filing Info Sheet eFiling**
  **Filed By:** WILLIAM R ROBB

☐ **Pet Filed in Circuit Ct**
Plt's Petition for Damages. /JJ
  **Filed By:** WILLIAM R ROBB
  **On Behalf Of:** LINSEY SAUERBREI

☐ **Judge Assigned**

---

Case.net Version 5.14.12    Return to Top of Page    Released 11/10/2020

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

LINSEY SAUERBREI,

    Plaintiff,

v.

REGIS CORPORATION d/b/a SMART STYLE HAIR SALONS,

    *Serve at: RA National Registered Agents, INC., 120 South Central Ave., Clayton, MO 63105*

    Defendant.

Case No. _____

## PETITION FOR DAMAGES

Comes now Plaintiff Linsey Sauerbrei ("Plaintiff Sauerbrei"), by and through her attorneys of record, Aleshire, Robb & Rapp, and for her claim against Defendant Smart Style Salon ("Defendant Salon"), states to the Court as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. That Plaintiff Sauerbrei is an individual living and residing in Springfield, Greene County, Missouri.

2. That Defendant Salon is a business entity established for the purpose of cutting and styling hair with its principal place of business located inside Wal-Mart#179 in Springfield, Greene County, Missouri at 3250 W. Sunshine Street, Springfield, MO 65807. Service of process may be affected by serving the registered agent of Regis Corporation at National Registered Agents, Inc., 120 South Central Avenue, Clayton, MO 63105.

3. That this action arises in tort law and is based on injuries Plaintiff Sauerbrei received when she was dropped by an employee of Defendant Salon as she was being transferred

from her wheelchair to the styling chair. Accordingly, jurisdiction and venue are proper with this Court.

4. Plaintiff Sauerbrei is a paraplegic. When she was 15 years old, she was in a motor vehicle collision that resulted in a severe T7 injury.

5. Because of her paraplegia, Plaintiff Sauerbrei uses a wheelchair.

6. On or about June 3, 2019, Plaintiff Sauerbrei went to Defendant Salon to have her hair styled.

7. Defendant Salon is located in a Wal-Mart Supercenter and was convenient for Plaintiff Sauerbrei to use its services.

8. This was the first time in years Plaintiff Sauerbrei was a customer of Defendant Salon.

9. While she put her name on the customer waiting list, her boyfriend, Chase Amador, decided to pick up some items from the Wal-Mart store.

10. There were two employees of Defendant Salon working that day, the manager and the stylist who cut Plaintiff Sauerbrei's hair. All of the actions and omissions of the salon stylist arose in the course and scope of her employment with Defendant Salon and therefore imputed to Defendant Salon and it is liable for any negligence.

11. Chase was still shopping when the stylist told Plaintiff Sauerbrei she was ready to cut her hair.

12. The stylist told Plaintiff Sauerbrei to transfer from her wheelchair to the salon stylist chair.

13. Plaintiff Sauerbrei stated it would be safer if her hair was styled while remaining in her wheelchair.

14. The stylist refused and said she could not cut Plaintiff Sauerbrei's hair while Plaintiff Sauerbrei was in the wheelchair.

15. The stylist insisted Plaintiff Sauerbrei must transfer to the salon stylist chair in order for the haircut and style.

16. The stylist said she would hold the salon stylist chair and Plaintiff Sauerbrei's phone while Plaintiff Sauerbrei transferred to the salon stylist chair from her wheelchair.

17. Plaintiff Sauerbrei stated she was not sure she could make the transfer, but at the insistence of the stylist began the transfer from her wheelchair.

18. As Plaintiff Sauerbrei transferred to the salon stylist chair, her arms gave way and she fell towards the floor, twisting her shoulders and her legs.

19. Plaintiff Sauerbrei caught herself before she hit the ground.

20. Neither the stylist nor the manager helped her as she hung between the wheelchair and salon stylist chair.

21. Plaintiff Sauerbrei lunged towards her wheelchair to get back in the chair.

22. As she lunged, she further twisted her body as she got back in the wheelchair.

23. Neither the stylist nor the manager helped Plaintiff Sauerbrei get back in the wheelchair.

24. After finally getting back in her wheelchair, Plaintiff Sauerbrei told the stylist she could not transfer to the salon stylist chair.

25. The stylist admitted she did not need Plaintiff Sauerbrei to transfer to the salon stylist chair and proceeded to cut and style Plaintiff Sauerbrei's hair while she sat in the wheelchair.

26. The stylist merely had to move the salon stylist chair out of the way and move the wheelchair in its place.

27. Plaintiff Sauerbrei started experiencing pain that evening and by the next morning the pain was excruciating from the fall.

28. Plaintiff Sauerbrei continued to experience pain from the fall and as a result of the continued different pain sought medical care and treatment.

## COUNT I -NEGLIGENCE CLAIM AGAINST DEFENDANT SMART STYLE SALON

29. Plaintiff Sauerbrei re-states, re-alleges and re-avers paragraphs 1 – 28 for Count I of her Petition as if pled herein.

30. The salon stylist had a duty to safely cut and style Plaintiff Sauerbrei's hair in her wheelchair and should not have required Plaintiff Sauerbrei to transfer to a salon stylist chair.

31. The salon stylist had a duty to choose the safest manner to cut and style Plaintiff Sauerbrei's hair and this would include allowing Plaintiff Sauerbrei to remain in her wheelchair for the cut and style.

32. The salon stylist failed in that duty by demanding Plaintiff Sauerbrei to transfer to the salon stylist chair and allowing Plaintiff Sauerbrei to fall when she could not complete the transfer.

33. As a direct and proximate result of the salon stylist's failure, Plaintiff Sauerbrei was injured by her fall during the transfer resulting in pain and suffering in the past, current pain and suffering and pain and suffering in the future.

34. As a direct and proximate result of the salon stylist's failure, Plaintiff Sauerbrei was injured by her fall during the transfer resulting in medical bills for care and treatment in the

past, current medical bills for care and treatment and medical bills for care and treatment in the future.

35. Plaintiff Sauerbrei is entitled to judgment in her favor and against Defendant Salon.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Lindsey Sauerbrei respectfully requests that this Court enter judgement in her favor and against Defendant Smart Style Salon for her damages claimed and for such other and further relief as this Court deems proper in the premises.

                                             **ALESHIRE ROBB, P.C.**

By _/s/ William R. Robb_
Gregory W. Aleshire  #38691
William R. Robb     #43322
Kevin J. Rapp       #57974
2847 Ingram Mill Road, A-102
Springfield, MO 65804
417.869.3737 PHONE
417.869.5678 FAX
**ATTORNEYS FOR PLAINTIFF**



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL J CORDONNIER | Case Number: 2131-CC00033 |
|---|---|
| Plaintiff/Petitioner:<br>LINSEY SAUERBREI<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>WILLIAM R ROBB<br>2847 INGRAM MILL ROAD<br>SUITE A-102<br>SPRINGFIELD, MO  65804 |
| Defendant/Respondent:<br> REGIS CORPORATION<br> DBA:   SMART STYLE HAIR SALONS | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO  65802 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:**  REGIS CORPORATION
                              Alias:
                              DBA:   SMART STYLE HAIR SALONS

R/A: RA NATIONAL REGISTERED
AGENTS INC
120 S CENTRAL AVE
CLAYTON, MO  63105

**COURT SEAL OF**

**GREENE COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____01/11/2021_____          _____/s/ Thomas R. Barr by JJ_____
            Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
     Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)  Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                              Date                                Notary Public

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-65      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03045-BP   Document 1-1   Filed 02/22/21   Page 7 of 10

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-65      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03045-BP   Document 1-1   Filed 02/22/21   Page 8 of 10

Return S13 2/10



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL J CORDONNIER | Case Number: 2131-CC00033 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LINSEY SAUERBREI | Plaintiff's/Petitioner's Attorney/Address<br>WILLIAM R ROBB<br>2847 INGRAM MILL ROAD<br>SUITE A-102<br>SPRINGFIELD, MO 65804 | 43322 |
| vs. | | |
| Defendant/Respondent:<br>REGIS CORPORATION<br>DBA: SMART STYLE HAIR SALONS | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: REGIS CORPORATION
Alias:
DBA: SMART STYLE HAIR SALONS

R/A: RA NATIONAL REGISTERED AGENTS INC
120 S CENTRAL AVE
CLAYTON, MO 63105

30CTCOR VW

COURT SEAL OF GREENE COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_01/11/2021_ Date    _/s/ Thomas R. Barr by JJ_ Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: LCW – B. LOVE (name) INTAKE SPECIALIST (title).
☑ other: NATIONAL REGISTERED AGENTS, INC.

Served at _____ (address)
in St. Louis County (County/City of St. Louis), MO, on JAN 2 2 2021 (date) at 9 AM (time).

_Tom Deakin_
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date)
(Seal)
My commission expires: _____ Date    _____ Notary Public

JAN 19 2021

ST. LOUIS COUNTY SHERIFF'S OFFICE
JAN 15 PM 12:14
RECEIVED

G2P
1/20/21

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-65    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03045-BP   Document 1-1   Filed 02/22/21   Page 9 of 10

21-SMCC-505

Return
S13 2/10



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL J CORDONNIER | Case Number: 2131-CC00033 |
|---|---|
| Plaintiff/Petitioner:<br>LINSEY SAUERBREI | Plaintiff's/Petitioner's Attorney/Address<br>WILLIAM R ROBB<br>2847 INGRAM MILL ROAD<br>SUITE A-102<br>SPRINGFIELD, MO 65804 |
| vs. | |
| Defendant/Respondent:<br>REGIS CORPORATION<br>DBA: SMART STYLE HAIR SALONS | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |
| Nature of Suit:<br>CC Pers Injury-Other | |

43322

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: REGIS CORPORATION
Alias:
DBA: SMART STYLE HAIR SALONS

R/A: RA NATIONAL REGISTERED AGENTS INC
120 S CENTRAL AVE
CLAYTON, MO 63105

30CTCOR
VW

**COURT SEAL OF**

**GREENE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____01/11/2021_____          _____/s/ Thomas R. Barr by JJ_____
Date                                           Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: LCW – B. LOVE (name) _____ INTAKE SPECIALIST (title).
☑ other: NATIONAL REGISTERED AGENTS, INC.

Served at _____ (address)
in St. Louis County (County/City of St. Louis), MO, on JAN 2 2 2021 (date) at 9 AM (time).

_____Tom Deakin_____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date)
(Seal)
My commission expires: _____
Date                                    Notary Public

GAP
1/20/21

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-65      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03045-BP   Document 1-1   Filed 02/22/21   Page 10 of 10

21-SMCC-505